No. 04–5354. McBride v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–5355. Morgan v. Crosby, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 04–5356. Ortiz v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 04–5357. Austin v. United States. Ct. App. D. C. Certiorari denied.

No. 04–5359. Mateo-Rojas v. United States; and Melo Osorio v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–5360. Lazenby v. Lexus of Clear Lake. C. A. 5th Cir. Certiorari denied.

No. 04–5361. Outler v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–5362. Estep v. Spencer, Superintendent, Massachusetts Correctional Institution at Norfolk. C. A. 1st Cir. Certiorari denied.

No. 04–5364. Chavful v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–5366. Cossyleon-Becerra v. United States. C. A. 9th Cir. Certiorari denied.

No. 04–5367. Dennis v. Mitchem, Warden. C. A. 11th Cir. Certiorari denied.

No. 04–5368. Neely v. DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al. C. A. 3d Cir. Certiorari denied.

No. 04–5369. Davis v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 04–5370. Cox v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.